Kenneth L. Maxson, Respondent, v. Albert Tomek and Richard Morgan, Appellants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

Beatrice B. Maxson, Respondent, v. Albert Tomek, Defendant, and Richard Morgan, Appellant.— Motion for a reargument denied, with ten dollars costs;

motion for leave to appeal to the Court of Appeals denied.   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.